SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:    kim.meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>TU CHAU LU,<br>     aka "William Lu,"<br>     aka "Bill Lu"<br>     aka "Bill"<br>     aka "Uncle Bill,"<br>TSUNG WEN HUNG,<br>     aka "Peter Hung,"<br>     aka "Peter,"<br>EDWARD KIM,<br>     aka "Eddie,"<br>JOHN EDMUNDSON,<br>PABLO HERNANDEZ,<br>EMILIO HERRERA,<br>MINA CHAU,<br>BEN HO,<br>TOM HUYNH,<br>     aka "the fat guy,"<br>RENALDO NEGELE,<br>JACK NGUYEN,<br>LUIS KRUEGER,<br><br><br>DU TRUONG NGUYEN,<br>     aka "Andrew," | No. CR 15-662-ODW-ALL<br><br>ORDER CONTINUING TRIAL DATE AND<br>FINDINGS REGARDING EXCLUDABLE TIME<br>PERIODS PURSUANT TO SPEEDY TRIAL<br>ACT<br><br>**TRIAL DATE: Sept. 25, 2018** |

RICHARD CHEUNG, and
LIEN TRAN,

        Defendants.

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 1, 2017.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation within the current time limits; (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (v) it is a reasonable period of delay when the defendants are all joined for trial and the time for trial has not run and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from December 12, 2017, to September 25, 2018.

2.    The time period of December 12, 2017, to September 25, 2018, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3.    Defendants shall appear in Courtroom 5D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California **on September 25, 2018, at 9:00 a.m.**

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 4, 2017
_____          _____
DATE                                                         HONORABLE OTIS D. WRIGHT
                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
KAREN I. MEYER
Assistant United States Attorney

3