# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.   CR 15-00662-ODW-5 | Date   January 20, 2021 |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English-(zoom) | Pat Cuneo-(zoom) | Karen I Meyer-(zoom) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 5)-Pablo Velasco Hernandez-(zoom) | ✓ | | 5)- Peter C Swarth | | | ✓ | Spanish Int: Patricia Bianchi-(zoom) |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT HEARING       Contested   ✓   Non-Evidentiary

Day ___ (if continued from a prior hearing date)

- ___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.       ✓ Refer to separate Judgment Order.
- ___ Imprisonment for __Years/months__ on each of counts _____
- Count(s) _____ concurrent/consecutive to count(s) _____
- ___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
- ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- ___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- ___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - ___ Perform _____ hours of community service.
  - ___ Serve _____ in a CCC/CTC.
  - ___ Pay $_____ fine amounts & times determined by P/O.
  - ___ Make $_____ restitution in amounts & times determined by P/O.
  - ___ Participate in a program for treatment of narcotic/alcohol addiction.
  - ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - ___ Other conditions: _____
- ___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- ___ Pay $_____ per count, special assessment to the United States for a total of $_____
- ___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
- ✓ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- ✓ Defendant informed of right to appeal.
- ___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
- ___ Bond exonerated       ___ upon surrender       ___ upon service of _____
- ___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- ___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
- ___ Issued Remand/Release   # _____
- ___ Present bond to continue as bond on appeal.       ___ Appeal bond set at   $_____
- ___ Filed and distributed judgment. ENTERED.
- ✓ Other   The Court hears from oral argument from counsel and the defendant.

|   |   |
|---|---|
|   | 1 : 31 |
|   | Initials of Deputy Clerk   se |